No. 03–6363.  BAILEY v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 03–6705.  TYSON v. CAMPBELL, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 03–6945.  KAFELE v. LERNER SAMPSON & ROTHFUSS, L. P. A., ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 03–7156.  PEREZ v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 03–7229.  ANTOINE v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 03–7355.  WATKINS ET AL. v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 03–7622.  LONG v. KENTUCKY ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 03–8048.  BOYKINS v. NEW YORK.  App. Div., Sup. Ct. N. Y., 4th Jud. Dept.  Certiorari denied.

No. 03–8066.  BROOKS v. JOHNSON, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT PITTSBURGH, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 03–8068.  CARTER v. TENNESSEE.  Sup. Ct. Tenn.  Certiorari denied.

No. 03–8076.  BARNES v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 03–8078.  ANDERS v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 03–8080.  SHARP v. CARY, WARDEN.  C. A. 9th Cir.  Certiorari denied.